CINEMA I VIDEO, INC. D/B/A CINEMA I VIDEO, SUNSHINE VIDEO, INC. D/B/A SUNSHINE VIDEO, HOME VIDEO, INC. D/B/A HOME VIDEO, PHILLIP J. RINK AND DOUGLAS HONEYCUTT D/B/A HOME VIDEO, THE VIDEO GALLERIES, INC. D/B/A THE VIDEO GALLERY, L & J ELECTRONICS, INC., D/B/A L & J ELECTRONICS, PIZZA KEG, INC. D/B/A SHOWBIZ, VIDEO TIME, INC. D/B/A VIDEO TIME, ANDRE, INC. D/B/A AUDIO VIDEO MART, THE VIDEO BAR, INC. D/B/A THE VIDEO BAR, THE VIDEO BAR, INC. AND A & N, INC. D/B/A THE VIDEO BAR, THE VIDEO BAR, INC. AND VIDEO BAR EAST D/B/A THE VIDEO BAR, JIM ALLEN, INC. NORTH CAROLINA VIDEO, INC. D/B/A NORTH CAROLINA VIDEO, MULTI-VIDEO, INC. D/B/A MULTI-VIDEO, VIDEO COUNTRY CORP. D/B/A VIDEO COUNTRY, RONALD CRAMER D/B/A VIDEO 99 AND VIDEO SEARCH, PIC-A-FLICK OF SHELBY, INC. D/B/A PIC-A-FLICK, PIC-A-FLICK OF GASTONIA INC. D/B/A PIC-A-FLICK, JOY GALLYON, RONNIE McLELLAND AND PAUL McLELLAND D/B/A EAST SIDE MOVIES, JOY GALLYON AND TOM FOX D/B/A BROADWAY MOVIES, JOHN D. McLAUCHLIN AND BUTCH LUCAS D/B/A VIDEO STATION OF FAYETTEVILLE, N.C., JOHN D. McLAUGHLIN,

THURMAN LUCAS, E. SCOTT McLAUCHLIN AND JOHN D. McLAUCH-LIN, III D/B/A VIDEO STATION OF CLINTON, N.C., C. H. McCUBBIN, J. A. McCUBBIN AND PHYLLIS SMITH D/B/A VIDEO SHOWCASE, LES CAILLOUET D/B/A VIDEO WORLD OF GREENSBORO, CHRISTINE T. BREWER D/B/A BREWER'S MOVIE CLUB, TONY G. McDOWELL D/B/A GREAT ESCAPES VIDEO TAPE CLUB, LEE ROY JOHNSON D/B/A TROUT-MAN VIDEO, JIMMY E. HUFF D/B/A STAR VIDEO, JOHN ALLEN D/B/A PRIME TIME VIDEO, BILLY E. OVERMAN D/B/A ALL STAR HOME VIDEO, JIMMY DEAN WRIGHT D/B/A SHOWCASE VIDEO CLUB, CLEN-TON J. SMITH D/B/A VIDEO WAY, DAVID M. MAGILL D/B/A SILVER SCREEN VIDEO, VIDEO CITY OF RALEIGH, INC. D/B/A VIDEO CITY v. LACY H. THORNBURG, ATTORNEY GENERAL OF THE STATE OF NORTH CAROLINA, ROBERT E. THOMAS, DISTRICT ATTORNEY FOR THE TWENTY-FIFTH JUDICIAL DISTRICT OF NORTH CAROLINA, GEORGE E. HUNT, DISTRICT ATTOR-NEY FOR THE FIFTEENTH JUDICIAL DISTRICT OF NORTH CAROLINA, JOHN W. TWISDALE, DISTRICT ATTORNEY FOR THE ELEVENTH JUDICIAL DISTRICT OF NORTH CAROLINA, D. LAMAR DOWDA, DISTRICT ATTORNEY FOR THE EIGHT-EENTH JUDICIAL DISTRICT OF NORTH CAROLINA, DAVID McFAYDEN, JR., DIS-TRICT ATTORNEY FOR THE THIRD JUDICIAL DISTRICT OF NORTH CAROLINA, EDWARD W. GRANNIS, JR., DISTRICT ATTORNEY FOR THE TWELFTH JUDICIAL DISTRICT OF NORTH CAROLINA, PETER S. GILCHRIST, III, DISTRICT ATTORNEY FOR THE TWENTY-SIXTH JUDICIAL DISTRICT OF NORTH CAROLINA, PHILLIP WALTERS ALLEN, DISTRICT ATTORNEY FOR THE SEVENTEENTH (A) JUDICIAL DISTRICT OF NORTH CAROLINA, H. W. ZIMMERMAN, JR., DISTRICT ATTORNEY FOR THE TWENTY-SECOND JUDICIAL DISTRICT OF NORTH CAROLINA, RONALD C. BROWN, DISTRICT ATTORNEY FOR THE TWENTY-EIGHTH JUDICIAL DISTRICT OF NORTH CAROLINA, W. HAMPTON CHILDS, JR., DISTRICT ATTORNEY FOR THE TWENTY-SEVENTH (A) JUDICIAL DISTRICT OF NORTH CAROLINA, THOMAS D. HAIGWOOD, DISTRICT ATTORNEY FOR THE THIRD JUDICIAL DISTRICT OF NORTH CAROLINA, CARL FOX, DISTRICT ATTORNEY FOR THE FIFTEENTH (B) JUDICIAL DISTRICT OF NORTH CAROLINA, DONALD JACOBS, DISTRICT ATTORNEY FOR THE EIGHTH JUDICIAL DISTRICT OF NORTH CAROLINA, JOE FREEMAN BRITT, DIS-TRICT ATTORNEY FOR THE SIXTEENTH JUDICIAL DISTRICT OF NORTH CAROLINA, WILLIAM H. ANDREWS, DISTRICT ATTORNEY FOR THE FOURTH JUDICIAL DISTRICT OF NORTH CAROLINA, JOSEPH G. BROWN, DISTRICT ATTORNEY FOR THE TWENTY-SEVENTH (A) JUDICIAL DISTRICT OF NORTH CAROLINA, JAMES E. ROBERTS, DISTRICT ATTORNEY FOR THE NINETEENTH (A) JUDICIAL DISTRICT OF NORTH CAROLINA, RONALD L. STEPHENS, DISTRICT ATTORNEY FOR THE FOUR-TEENTH JUDICIAL DISTRICT OF NORTH CAROLINA, HOWARD S. BONEY, JR., DISTRICT ATTORNEY FOR THE SEVENTH JUDICIAL DISTRICT OF NORTH CAROLINA, J. RANDOLPH RILEY, DISTRICT ATTORNEY FOR THE TENTH JUDICIAL DISTRICT OF NORTH CAROLINA

---

NORTH AMERICAN VIDEO, LTD. OF DURHAM, D/B/A NORTH AMERICAN VIDEO, NORTH AMERICAN VIDEO, LTD. OF RALEIGH D/B/A NORTH AMERICAN VIDEO, CHARLES H. CROW & ASSOCIATES, INC. D/B/A CROW'S VIDEO CENTER AND COMPUTER & VIDEO CENTER, VERNON S. CHURCH, JR. D/B/A HOME VIDEO OF WILKES, ABELIAN ENTER-PRISES, INC., VIDEO WORLD, INC., MELVIN WAYNE CALDWELL D/B/A

VIDEO SHOPPE, MICHAEL MYERS D/B/A U.S.A. VIDEO, BYRON E. TRIPLETT D/B/A VIDEO ONE, FERRELL DENNIS WITTE D/B/A VIDEO SHOWPLACE, PIC-A-FLICK OF ASHEVILLE, INC. D/B/A PIC-A-FLICK, W.S.J., INC. D/B/A VIDEO WORLD, JACK E. ELLIOTT D/B/A CITY NEWS VIDEO AND CITY VIDEO, JACK E. ELLIOTT, JANE STRAUS, RACHEL GUINN AND GLORIA GUINN D/B/A JACKIE'S VIDEO, VIDEO WORLD OF SHELBY, INC. D/B/A VIDEO WORLD, VIDEO WORLD OF CHERRYVILLE, INC. D/B/A VIDEO WORLD, RALPH D. CUNNINGHAM D/B/A HOME MOVIE RENTAL, AMERICAN VIDEO, INC. D/B/A ALL AMERICAN VIDEO, J.J.L. ENTERPRISES, INC. D/B/A VIDEO CONNECTION, THOMAS C. DUNLAP, SR. AND TRACY C. DUNLAP, SR. D/B/A THE VIDEO STATION, BOBBY JOE BRADLEY D/B/A HOME VIDEO CENTER, DUNCOURT, INC. D/B/A THE VIDEO CENTER, VON ENTERPRISES, INC. D/B/A VON'S HOME VIDEO MOVIES, VIDEO WORLD OF GASTONIA, INC. D/B/A VIDEO WORLD v. LACY H. THORNBURG, ATTORNEY GENERAL OF THE STATE OF NORTH CAROLINA, ROBERT E. THOMAS, DISTRICT ATTORNEY FOR THE TWENTY-FIFTH JUDICIAL DISTRICT OF NORTH CAROLINA, JOHN W. TWISDALE, DISTRICT ATTORNEY FOR THE ELEVENTH JUDICIAL DISTRICT OF NORTH CAROLINA, D. LAMAR DOWDA, DISTRICT ATTORNEY FOR THE EIGHTEENTH JUDICIAL DISTRICT OF NORTH CAROLINA, DAVID McFAYDEN, JR., DISTRICT ATTORNEY FOR THE THIRD JUDICIAL DISTRICT OF NORTH CAROLINA, EDWARD W. GRANNIS, JR., DISTRICT ATTORNEY FOR THE TWELFTH JUDICIAL DISTRICT OF NORTH CAROLINA, PETER S. GILCHRIST, III, DISTRICT ATTORNEY FOR THE TWENTY-SIXTH JUDICIAL DISTRICT OF NORTH CAROLINA, PHILLIP WALTERS ALLEN, DISTRICT ATTORNEY FOR THE SEVENTEENTH (A) JUDICIAL DISTRICT OF NORTH CAROLINA, H. W. ZIMMERMAN, JR., DISTRICT ATTORNEY FOR THE TWENTY-SECOND JUDICIAL DISTRICT OF NORTH CAROLINA, RONALD C. BROWN, DISTRICT ATTORNEY FOR THE TWENTY-EIGHTH JUDICIAL DISTRICT OF NORTH CAROLINA, W. HAMPTON CHILDS, JR., DISTRICT ATTORNEY FOR THE TWENTY-SEVENTH (B) JUDICIAL DISTRICT OF NORTH CAROLINA, CARL FOX, DISTRICT ATTORNEY FOR THE FIFTEENTH (B) JUDICIAL DISTRICT OF NORTH CAROLINA, JOE FREEMAN BRITT, DISTRICT ATTORNEY FOR THE SIXTEENTH JUDICIAL DISTRICT OF NORTH CAROLINA, WILLIAM H. ANDREWS, DISTRICT ATTORNEY FOR THE FOURTH JUDICIAL DISTRICT OF NORTH CAROLINA, JOSEPH G. BROWN, DISTRICT ATTORNEY FOR THE TWENTY-SEVENTH (A) JUDICIAL DISTRICT OF NORTH CAROLINA, JAMES E. ROBERTS, DISTRICT ATTORNEY FOR THE NINETEENTH (A) JUDICIAL DISTRICT OF NORTH CAROLINA, RONALD L. STEPHENS, DISTRICT ATTORNEY FOR THE FOURTEENTH JUDICIAL DISTRICT OF NORTH CAROLINA, MICHAEL A. ASHBURN, DISTRICT ATTORNEY FOR THE TWENTY-THIRD JUDICIAL DISTRICT OF NORTH CAROLINA, WILLIAM C. GRIFFIN, JR., DISTRICT ATTORNEY FOR THE SECOND JUDICIAL DISTRICT OF NORTH CAROLINA, GEORGE E. HUNT, DISTRICT ATTORNEY FOR THE FIFTEENTH (A) JUDICIAL DISTRICT OF NORTH CAROLINA, ALAN LEONARD, DISTRICT ATTORNEY FOR THE TWENTY-NINTH JUDICIAL DISTRICT OF NORTH CAROLINA, J. RANDOLPH RILEY, DISTRICT ATTORNEY FOR THE TENTH JUDICIAL DISTRICT OF NORTH CAROLINA

NORTH CAROLINA ASSOCIATION OF FAMILY ENTERTAINMENT CENTER, INC. v. LACY H. THORNBURG

PARKER NEWS, INC., A NORTH CAROLINA CORPORATION; JESSE F. FRYE, JR., D/B/A L & J NEWSTAND; BRIAR PATCH MOUNTAIN INVESTMENTS, INC., A CORPORATION; SUGAR & SPICE, INC., A NORTH CAROLINA CORPORATION; J & J VIDEO TAPE EXCHANGE, A PARTNERSHIP; SALISBURY VIDEO, A PARTNERSHIP; SALISBURY NEWS, A PARTNERSHIP; ETTA MAE MOTHERSHEAD, D/B/A R & R ENTERTAINMENT CENTER; DANDA ENTERPRISES, INC., A NORTH CAROLINA CORPORATION; ADULT TRADING POST, A PARTNERSHIP; W & S ENTERPRISES, LTD., A NORTH CAROLINA CORPORATION; SHOW BIZ, A PARTNERSHIP; SHARON S. BUNDY, D/B/A VIDEO TRACS; ROBERT T. CADIEU, SR., D/B/A CATHY'S VIDEO, TOO; CATHY'S BOOK SWAP/VIDEO, A PARTNERSHIP; JACK ELLIOTT D/B/A CITY NEWS VIDEO; J, J & B ENTERPRISES, A NORTH CAROLINA CORPORATION; JOHNNY T. ALLEN, JR., D/B/A PRIME TIME VIDEO; EVELYN L. HATCHER, D/B/A L.A. VIDEO RENTALS; EMPIRE VIDEO, INC., A NORTH CAROLINA CORPORATION; W.S.J., INC., A NORTH CAROLINA CORPORATION; PIERRES OF WILMINGTON, INC., A NORTH CAROLINA CORPORATION; H & H ENTERPRISES OF WILMINGTON, INC., A NORTH CAROLINA CORPORATION; MIND'S EYE, INC., A NORTH CAROLINA CORPORATION; CROWN VIDEO UNLIMITED, INC., A NORTH CAROLINA CORPORATION; CAMERA'S EYE, INC., A NORTH CAROLINA CORPORATION; AND BILL WILKERSON D/B/A XXX, INN v. LACY H. THORNBURG, ATTORNEY GENERAL OF THE STATE OF NORTH CAROLINA, JAMES E. ROBERTS, DISTRICT ATTORNEY FOR THE NINETEENTH (A) JUDICIAL DISTRICT OF NORTH CAROLINA, H. W. ZIMMERMAN, JR., DISTRICT ATTORNEY FOR THE TWENTY-SECOND JUDICIAL DISTRICT OF NORTH CAROLINA, GEORGE E. HUNT, DISTRICT ATTORNEY FOR THE FIFTEENTH (A) JUDICIAL DISTRICT OF NORTH CAROLINA, LAMAR DOWDA, DISTRICT ATTORNEY FOR THE EIGHTEENTH JUDICIAL DISTRICT OF NORTH CAROLINA, PETER S. GILCHRIST, III, DISTRICT ATTORNEY FOR THE TWENTY-SIXTH JUDICIAL DISTRICT OF NORTH CAROLINA, W. HAMPTON CHILDS, JR., DISTRICT ATTORNEY FOR THE TWENTY-SEVENTH (B) JUDICIAL DISTRICT OF NORTH CAROLINA, EDWARD W. GRANNIS, JR., DISTRICT ATTORNEY FOR THE TWELFTH JUDICIAL DISTRICT OF NORTH CAROLINA, JERRY L. SPIVEY, DISTRICT ATTORNEY FOR THE FIFTH JUDICIAL DISTRICT OF NORTH CAROLINA, WILLIAM H. ANDREWS, DISTRICT ATTORNEY FOR THE FOURTH JUDICIAL DISTRICT OF NORTH CAROLINA, JOE FREEMAN BRITT, DISTRICT ATTORNEY FOR THE SIXTEENTH JUDICIAL DISTRICT OF NORTH CAROLINA, HOWARD S. BONEY, JR., DISTRICT ATTORNEY FOR THE SEVENTH JUDICIAL DISTRICT OF NORTH CAROLINA, DONALD M. JACOBS, DISTRICT ATTORNEY FOR THE EIGHTH JUDICIAL DISTRICT OF NORTH CAROLINA, J. RANDOLPH RILEY, DISTRICT ATTORNEY FOR THE TENTH JUDICIAL DISTRICT OF NORTH CAROLINA, W. DAVID McFAYDEN, JR., DISTRICT ATTORNEY FOR THE THIRD JUDICIAL DISTRICT OF NORTH CAROLINA, JOHN W. TWISDALE, DISTRICT ATTORNEY FOR THE ELEVENTH JUDICIAL DISTRICT OF NORTH CAROLINA

No. 49A87

(Filed 28 July 1987)

### Obscenity § 1— constitutionality of obscenity statutes

Statutes pertaining to the dissemination of obscenity and the sexual exploitation of minors, N.C.G.S. §§ 14-190.1, -190.2, -190.13, and -190.16, while

potentially beyond constitutional bounds if improperly applied, are not so substantially overbroad as to require constitutional invalidation on their face.

ON plaintiffs' appeal as a matter of right pursuant to N.C.G.S. § 7A-30(1) and (2) of a decision of a divided panel of the Court of Appeals, 83 N.C. App. 544, 351 S.E. 2d 305 (1987), affirming a "Judgment and Order" entered by *Bailey, J.,* at the 3 January 1986 Regular Civil Session of Superior Court, WAKE County. Heard in the Supreme Court 9 June 1987.

*Kirby, Wallace, Creech, Sarda, Zaytoun & Cashwell, by David F. Kirby and Robert E. Zaytoun, for plaintiff-appellants (Cinema I Video, Inc., et al.; North American Video, Ltd., et al.; North Carolina Association of Family Entertainment Centers, Inc.).*

*Whitley, Coley and Wooten, by Everette L. Wooten, Jr., for plaintiff-appellants Parker News, Inc., et al.*

*Lacy H. Thornburg, Attorney General, by Andrew A. Vanore, Jr., Chief Deputy Attorney General, Edwin M. Speas, Jr., Special Deputy Attorney General, and Thomas J. Ziko, Assistant Attorney General, for defendant-appellees.*

*North Carolina Civil Liberties Union Legal Foundation, by William G. Simpson, Jr. and M. Jackson Nichols, Amicus Curiae.*

*North Carolina Academy of Trial Lawyers, PHE, Inc., and Philip Harvey, by David S. Rudolf and Bruce J. Ennis, Amici Curiae.*

WHICHARD, Justice.

Plaintiffs brought this declaratory judgment action seeking to have amendments to North Carolina's obscenity laws declared facially unconstitutional and further seeking to enjoin defendants from enforcing the statutes against them. These amendments were enacted on 11 July 1985 as House Bill 1171, entitled "AN ACT TO STRENGTHEN THE OBSCENITY LAWS, TO PROTECT MINORS FROM HARMFUL MATERIAL THAT DOES NOT RISE TO THE LEVEL OF OBSCENITY, AND TO STOP THE SEXUAL EXPLOITATION AND PROSTITUTION OF MINORS." This bill amended N.C.G.S. § 14-190.1, repealed N.C.G.S. § 14-190.2, and added N.C.G.S. § 14-190.13, -190.16, and -190.17. These provisions became effective 1 October 1985.

On 30 September 1985 plaintiffs in case 85CVS6750 (Cinema I Video) filed a complaint and motions for injunctive relief from the enforcement of the statutes, naming as defendants North Carolina's Attorney General and the district attorneys for each judicial district of the state. Plaintiffs alleged that because they "are in the business of selling and renting video tapes, including tapes which are sexually explicit, they will be the target of defendants' intended enforcement of N.C.G.S. secs. 14-190.1, 14-190.13, 14-190.16, and 14-190.17." They claimed that these statutes abridge their rights and the rights of their customers under the first, fifth, eighth, ninth, and fourteenth amendments to the United States Constitution and article I, sec. 27 of the Constitution of North Carolina. Plaintiffs further alleged that the amended statutes are vague in their terms and substantially overbroad. Plaintiffs have averred, as irreparable injury, the prospect of severe financial loss or ruin and possible criminal prosecution pending a determination of the case on its merits.

On 2 October 1985 plaintiffs in case 85CVS1796 (Parker News) filed a similar complaint in superior court, Wayne County. Plaintiffs in case 85CVS6850 (North American Video) filed a complaint in superior court, Wake County, on 3 October 1985, and plaintiffs in case 85CVS8071 (North Carolina Family Entertainment Center, Inc.) filed their complaint in superior court, Wake County, on 15 November 1985. These cases also challenged the constitutionality of the statutes cited above.

In an order filed 3 October 1985 the temporary restraining orders prayed for in cases 85CVS6750 and 85CVS6850 were issued, pending a hearing on plaintiffs' motions for preliminary injunctions. The motions for preliminary injunctions were denied, however, on 4 October 1985. Plaintiffs then sought appellate review of the denial of their motions for preliminary injunctions by filing petitions for a writ of certiorari, a writ of supersedeas, and a temporary stay with the Court of Appeals. These petitions were denied, and the actions proceeded in the trial court.

Defendants filed their answers and motions for summary judgment in cases 85CVS6750 and 85CVS6850 on 23 October 1985 and in case 85CVS1796 on 1 November 1985. On 5 November 1985 plaintiff in case 85CVS1796 filed a motion for summary judgment on its prayer for a permanent injunction. This motion was denied.

On 5 December 1985 plaintiffs in case 85CVS1796 made a motion to remove and continue the case in Wake County. The motion was allowed on 20 December 1985. By consent of the parties all four cases were consolidated. In an order filed 13 January 1986, defendants' motions for summary judgment were granted and plaintiffs' complaints were dismissed. Plaintiffs appealed.

The Court of Appeals affirmed the summary judgment holding the statutes constitutional under both the North Carolina and United States Constitutions. *Cinema I Video v. Thornburg*, 83 N.C. App. 544, 351 S.E. 2d 305 (1987). Judge Becton concurred in part and dissented in part. Plaintiffs appeal.

For the reasons stated in the opinion by Johnson, J., the decision of the Court of Appeals is affirmed. As stated in that opinion, *"our opinion is limited to the constitutionality of the statutes as drawn and we have no basis for deciding the constitutionality of the present applications of the statutes in pending cases." Cinema I Video v. Thornburg*, 83 N.C. App. 544, 552, 351 S.E. 2d 305, 311 (1987) (emphasis in original). Fact situations are readily conceivable in which the statutes at issue, if improperly applied, would be unconstitutional. Circumspect application is thus advisable. Mere potential for overbreadth is not dispositive, however; "the overbreadth involved [must] be 'substantial' before the statute involved will be invalidated on its face." *New York v. Ferber*, 458 U.S. 747, 769, 73 L.Ed. 2d 1113, 1130 (1982). The statutes here, while potentially beyond constitutional bounds if improperly applied, are not so *substantially* overbroad as to require constitutional invalidation on their face.

Affirmed.